IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| Mark Foster, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING REPORT AND** |
| | ) | **RECOMMENDATION** |
| vs. | ) | |
| | ) | 03:05-cv-37 |
| Laura McCleary and George Beltz, in their | ) | |
| official and individual capacities | ) | |
| | ) | |
| Defendants. | | |

Before this Court is Petitioner's Motion to Amend his complaint to remove defendant Laura McCleary as a defendant and to add ten additional defendants (Doc. #39). This Court has received a Report and Recommendation from Magistrate Judge Klein which she orders that the ten additional defendants be added to the Plaintiff's complaint and further recommends that Laura McCleary be removed as a Defendant. Upon review of the record, the Court **ADOPTS** the Report and Recommendation in its entirety. The Court **ORDERS** Laura McCleary be removed as a defendant.

**IT IS SO ORDERED.**

Dated this 25th day of April, 2006.

Ralph R. Erickson, District Judge
United States District Court